IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JIMMY ASHLEY**                                                                 **PLAINTIFF**

v.                                    No. 3:12-cv-304-DPM

**GRECIAN STEAK HOUSE
OF PARAGOULD, INC.**                                                      **DEFENDANT**

## JUDGMENT

Ashley's complaint is dismissed without prejudice pursuant to the parties' joint stipulation of dismissal.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2013